# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 10-7202-PSG (AGRx) | Date: | April 22, 2011 |
| Title: | Jorge Noya v. Bank of America et al | | |

Present: The Honorable: **Philip S. Gutierrez, United States District Judge**

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                                                 Not Present

Proceedings (In Chambers):     **Order to Show Cause**

    IT IS HEREBY ORDERED that counsel for Plaintiff show cause in writing on or before **May 6, 2011**, why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following on or before the above date, as an appropriate response to this Order to Show Cause.

| | |
|---|---|
| ☐ | Proof of Service of Summons and Complaint by Plaintiff. |
| **X** | Response to Complaint by Defendant(s) *OR* Request for Entry of Default by Plaintiff. |
| ☐ | Motion for Entry of Default Judgment by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff. |

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, **oral argument will not be heard** in this matter unless so ordered by the Court. Counsel are advised that failure to respond to this Order to Show Cause, may result in the dismissal of the entire action.

    The March 22, 2011 order to show cause is hereby discharged.

Initials of Preparer          wkh